CHARLES B. GREENE
ATTORNEY AT LAW
84 W. SANTA CLARA STREET SUITE 800
SAN JOSE, CALIFORNIA 95113
(408) 279-3518
STATE ID # 56275
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ROSS ELITE REALTY GROUP, LLC.<br><br>Debtor. | Case No.: 18-50774 meh<br><br>Chapter 11<br><br>SECOND AMENDED NOTICE OF HEARING ON MOTION FOR ORDER APPROVING THE SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS<br>(1402 Arguello Ct., Redwood City, CA)<br>(MANDORSER 1402 ARGUELLO STREET TRUST, DA CHEN, INC.)<br>(11 U.S.C. Section 363(f))<br><br>Date: July 27, 2018<br>Time: 2:00 p.m.<br>Judge M. Elaine Hammond |

TO: THE U.S. TRUSTEE; ALL CREDITORS; THOSE REQUESTING SPECIAL NOTICE; AND PARTIES IN INTEREST:

PLEASE TAKE NOTICE that the Debtor's Motion for Order Approving Sale of Real Property Free and Clear of Liens (hereinafter "Motion") originally noticed for hearing on August 2, 2018 at 10:30 a.m. will now come on for hearing on July 27, 2018 at 2:00 p.m., at the United States Bankruptcy Court, located at 280 S. First Street, San Jose, CA in the Courtroom of the above named judge.

Copies of the Motion and Declaration in Support of Motion have previously been filed with the Court and served upon creditors.

DATED June 15, 2018.

/s/ Charles B. Greene
**CHARLES B. GREENE**
Attorney for Debtor

NOTICE OF HEARING ON MOTION TO SELL REAL PROPERTY