MICHAEL W. MALTER, #96533
ROBERT G. HARRIS, #124678
JULIE H. ROME-BANKS, #142364
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
T: (408) 295-1700
F: (408) 295-1531
Email: Michael@bindermalter.com
Email: Rob@bindermalter.com
Email: Julie@bindermalter.com

Attorney for Philip Theodore

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

| | |
|---|---|
| In re: | Case No. 18-50774-MEH |
| ROSS ELITE REALTY GROUP, LLC, | Chapter 11 |
| Debtor. | Date: July 27, 2018<br>Time: 2:00 p.m.<br>Courtroom: 3020 |

## LIMITED OBJECTION TO MOTION TO SELL REDWOOD CITY REAL PROPERTY FREE AND CLEAR OF LIENS

Comes now Philip Theodore, a member the Debtor Ross Elite Realty Group, LLC ("Debtor") and a party in interest in this bankruptcy case and submits the following limited objections to the proposed sale of the property of the Bankruptcy Estate commonly known as 1402 Arguello Court, Redwood City, California (the "Redwood City Property").

Mr. Theodore generally supports the proposed sale of the Redwood City Property. His objection is limited to requesting language in any order approving the sale of the Redwood City Property such that the order shall limit the distribution of funds from escrow to the payment of (a) approved liens or on account of disputed liens such as the County Tax Collector and recorded

LIMITED OBJECTION   Page1

Case: 18-50774    Doc# 61    Filed: 07/13/18    Entered: 07/13/18 17:35:47    Page 1 of 2

1  deeds of trust, (b) costs of sale, and (c) other amounts consistent with the contract for sale between
2  the Debtor and the buyer that was filed with the Court. In addition, the order should provide that
3  any excess proceeds should be held in trust by Debtor's counsel, Charles Greene, pending further
4  order of the Court as to their proper disposition and not placed in the debtor-in-possession bank
5  account due to the failure of the Debtor and its Responsible Individual Zachary Ross to comply
6  with prior orders of this Court, including but not limited to the Court's most recent order issued on
7  July 10, 2018 (docket #56) which required production of documents to Mr. Theodore's counsel on
8  July 13, 2018, which did not occur.

Dated: July 13, 2018                    BINDER & MALTER, LLP


                                        By: /s/ Julie H. Rome-Banks
                                            Julie H. Rome-Banks
                                            Attorneys for Philip Theodore